**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellants. | No. 25-3030 <br><br> D.C. No. 3:25-cv-03698 <br> Northern District of California, San Francisco <br><br> ORDER |
| IN RE DONALD J. TRUMP. <br> _____ <br><br> DONALD J. TRUMP; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br> Respondent, <br><br> AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br> Real Parties in Interest. | No. 25-3034 <br><br> D.C. No. 3:25-cv-3698 <br> Northern District of California, San Francisco |

The court has received the emergency motion to stay, as well as the government's letter attaching the May 12, 2025 district court order staying the deadline for document production. The response to the emergency motion is due May 19, 2025. The optional reply in support of the emergency motion is due May 22, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT