No. 25-3034

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In re Donald J. Trump, in his official capacity as President of the United States, et al.,

*Petitioners-Defendants*,

v.

United States District Court for the Northern District of California,

*Respondent*,

American Federation of Government Employees, AFL-CIO (AFGE), et al.,

*Real Parties in Interest-Plaintiffs*.

ON PETITION FOR WRIT OF MANDAMUS TO THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
No. 3:25-cv-03698-SI
The Honorable Judge Susan Illston

## MOTION TO AMEND CAPTION PAGE

| | |
|---|---|
| Elena Goldstein | Stacey M. Leyton |
| Skye Perryman | Barbara J. Chisholm |
| Tsuki Hoshijima | Danielle E. Leonard |
| DEMOCRACY FORWARD | Corinne F. Johnson |
| FOUNDATION | Alice X. Wang |
| P.O. Box 34553 | Robin S. Tholin |
| Washington, D.C. 20043 | ALTSHULER BERZON LLP |
| Tel.: (202) 448-9090 | 177 Post St., Suite 300 |
| egoldstein@democracyforward.org | San Francisco, CA 94108 |
| sperryman@democracyforward.org | Tel.: (415) 421-7151 |
| | sleyton@altber.com |
| | dleonard@altber.com |

*Attorneys for Real Parties in Interest-Plaintiffs\**
*\*additional counsel and affiliations on signature pages*

-1-

**MOTION TO AMEND CAPTION PAGE**

Real Parties in Interest-Plaintiffs hereby respectfully request that the clerk update the docket to correctly reflect the Real Parties in Interest-Plaintiffs that are represented by the following counsel, as set forth below:

**<u>Corinne F. Johnson</u>**

**List of Parties Represented by Corinne F. Johnson**

Alliance for Retired Americans;

American Geophysical Union;

American Public Health Association;

Center for Taxpayer Rights;

Coalition to Protect Americas National Parks;

Common Defense Civic Engagement;

Main Street Alliance;

Natural Resources Defense Council, Inc.;

Northeast Organic Farming Association, Inc.;

VoteVets Action Fund Inc.;

Western Watersheds Project;

American Federation of Government Employees, AFL-CIO;

American Federation of State County And Municipal Employees, AFL-CIO;

Service Employees International Union, AFL-CIO;

AFGE Local 1122;

AFGE Local 1236;

AFGE Local 2110;

-1-

AFGE Local 3172;

SEIU Local 1000.

**List of Parties Not Represented by Corinne F. Johnson**

County of Santa Clara;

City and County of San Francisco, California;

City of Chicago, Illinois;

Martin Luther King, Jr. County, Washington;

Harris County, Texas;

City of Baltimore, Maryland.

**Julia Torti**

**List of Parties Represented by Julia Torti**

Alliance for Retired Americans;

American Geophysical Union;

American Public Health Association;

Center for Taxpayer Rights;

Coalition to Protect Americas National Parks;

Common Defense Civic Engagement;

Main Street Alliance;

Northeast Organic Farming Association, Inc.;

VoteVets Action Fund Inc.;

Western Watersheds Project;

-3-

American Federation of Government Employees, AFL-CIO;

American Federation of State County And Municipal Employees, AFL-CIO;

Service Employees International Union, AFL-CIO;

AFGE Local 1122;

AFGE Local 1236;

AFGE Local 2110;

AFGE Local 3172;

SEIU Local 1000.

**List of Parties Not Represented by Julia Torti**

Natural Resources Defense Council, Inc.;

County of Santa Clara;

City and County of San Francisco, California;

City of Chicago, Illinois;

Martin Luther King, Jr. County, Washington;

Harris County, Texas;

City of Baltimore, Maryland.

**Rushab Sanghvi**

**List of Parties Represented by Rushab Sanghvi**

American Federation of Government Employees, AFL-CIO;

AFGE Local 1122;

AFGE Local 1236;

AFGE Local 2110;

AFGE Local 3172.

**List of Parties Not Represented by Rushab Sanghvi**

Alliance for Retired Americans;

American Geophysical Union;

American Public Health Association;

Center for Taxpayer Rights;

Coalition to Protect Americas National Parks;

Common Defense Civic Engagement;

Main Street Alliance;

Natural Resources Defense Council, Inc.;

Northeast Organic Farming Association, Inc.;

VoteVets Action Fund Inc.;

Western Watersheds Project;

American Federation of State County And Municipal Employees, AFL-CIO;

Service Employees International Union, AFL-CIO;

SEIU Local 1000;

County of Santa Clara;

City and County of San Francisco, California;

City of Chicago, Illinois;

Martin Luther King, Jr. County, Washington;

Harris County, Texas;

-5-

City of Baltimore, Maryland.

**Skye Perryman**

**List of Parties Represented by Skye Perryman**

Alliance for Retired Americans;

American Geophysical Union;

American Public Health Association;

Center for Taxpayer Rights;

Coalition to Protect Americas National Parks;

Common Defense Civic Engagement;

Main Street Alliance;

Northeast Organic Farming Association, Inc.;

VoteVets Action Fund Inc.;

Western Watersheds Project;

American Federation of Government Employees, AFL-CIO;

American Federation of State County And Municipal Employees, AFL-CIO;

Service Employees International Union, AFL-CIO;

AFGE Local 1122;

AFGE Local 1236;

AFGE Local 2110;

AFGE Local 3172;

SEIU Local 1000;

City of Chicago, Illinois;

Martin Luther King, Jr. County, Washington;

Harris County, Texas;

City of Baltimore, Maryland.

**List of Parties Not Represented by Skye Perryman**

Natural Resources Defense Council, Inc.;

County of Santa Clara;

City and County of San Francisco, California.

DATED: May 27, 2025        Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Alice X. Wang
Robin S. Tholin
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151

By: */s/ Corinne F. Johnson*

*Attorneys for Real Parties in Interest-Plaintiff Organizations*[1]

---

[1] Real Parties in Interest-Plaintiff Organizations are the American Federation of Government Employees, AFL-CIO (AFGE); American Federation of State County and Municipal Employees, AFL-CIO; Service Employees International Union, AFL-CIO (SEIU); AFGE Local 1122; AFGE Local 1236; AFGE Local

Elena Goldstein
Skye Perryman
Tsuki Hoshijima
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090

By: */s/ Elena Goldstein*

*Attorneys for Real Parties in Interest-Plaintiff Organizations (except NRDC) and for City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038
Erica J. Newland
Jacek Pruski
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel.: (202) 579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

*Attorneys for Real Parties in Interest-Plaintiff Organizations (except NRDC)*

---

2110; AFGE Local 3172; SEIU Local 1000; Alliance of Retired Americans; American Geophysical Union; American Public Health Association; Center for Taxpayer Rights; Coalition to Protect America's National Parks; Common Defense Civic Engagement; Main Street Alliance; Natural Resources Defense Council, Inc. (NRDC); Northeast Organic Farming Association, Inc; VoteVets Action Fund Inc.; and Western Watersheds Project.

-7-

Norman L. Eisen
Spencer W. Klein
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel.: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

*Attorneys for Real Parties in Interest-Plaintiff Organizations (except NRDC)*

Rushab Sanghvi
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Tel.: (202) 639-6426
Sanghr@afge.org

*Attorney for Real Parties in Interest-Plaintiff American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson
Matthew Blumin
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel.: (202) 775-5900
Tpaterson@afscme.org
Mblumin@afscme.org

*Attorneys for Real Parties in Interest-Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

-8-

Steven K. Ury
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel.: (202) 730-7428
steven.ury@seiu.org

*Attorney for Real Parties in Interest-Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

David Chiu
City Attorney
Yvonne R. Meré
Chief Deputy City Attorney
Mollie M. Lee
Chief of Strategic Advocacy
Sara J. Eisenberg
Chief of Complex and Affirmative Litigation
Molly J. Alarcon
Alexander J. Holtzman
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ Alexander Holtzman*

*Attorneys for Real Parties in Interest-Plaintiff City and County of San Francisco*

Tony LoPresti
COUNTY COUNSEL
Kavita Narayan
Meredith A. Johnson
Raphael N. Rajendra

-9-

Hannah M. Godbey  
OFFICE OF THE COUNTY COUNSEL  
COUNTY OF SANTA CLARA  
70 West Hedding Street, East Wing, 9th Floor  
San José, CA 95110  
Tel.: (408) 299-5900  
Kavita.Narayan@cco.sccgov.org  
Meredith.Johnson@cco.sccgov.org  
Raphael.Rajendra@cco.sccgov.org  
Hannah.Godbey@cco.sccgov.org  

By: */s/ Tony LoPresti*

*Attorneys for Real Parties in Interest-Plaintiff County of Santa Clara, Calif.*

David J. Hackett  
General Counsel to King County Executive & Special Deputy Prosecutor  
Alison Holcomb  
Deputy General Counsel to King County Executive & Special Deputy Prosecutor  
Erin King-Clancy  
Senior Deputy Prosecuting Attorney  
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION  
401 5th Avenue, Suite 800  
Seattle, WA 98104  
Tel.: (206) 477-9483  
David.Hackett@kingcounty.gov  
aholcomb@kingcounty.gov  
aclancy@kingcounty.gov  

*Attorneys for Plaintiff-Appellee Martin Luther King, Jr. County (King County)*

Sharanya Mohan  
PUBLIC RIGHTS PROJECT  
490 43rd Street, Unit #115  
Oakland, CA 94609  

-10-

Tel.: (510) 738-6788
sai@publicrightsproject.org

*Attorney for Real Parties in Interest-Plaintiff Baltimore, MD; Chicago, IL; Harris County, TX; and King County, WA*

Christian D. Menefee
Harris County Attorney
Jonathan G.C. Fombonne
Deputy County Attorney and First Assistant
Tiffany Bingham
Managing Counsel
Sarah Utley
Division Director – Environmental Division
Bethany Dwyer
Deputy Division Director – Environmental Division
R. Chan Tysor
Senior Assistant County Attorney
Alexandra "Alex" Keiser
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel.: (713) 274-5102
Fax: (713) 437-4211
jonathan.fombonne@harriscountytx.gov
tiffany.bingham@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscountytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

*Attorneys for Real Parties in Interest-Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago
Stephen J. Kane
Rebecca A. Hirsch

-11-

Lucy Prather
City of Chicago Department of Law,
Affirmative Litigation Division
121 N. LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel.: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

*Attorneys for Real Parties in Interest-Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor
Sara Gross
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel.: (410) 396-3947
sara.gross@baltimorecity.gov

*Attorneys for Real Parties in Interest-Plaintiff City of Baltimore*

## CERTIFICATE OF COMPLIANCE

     Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it is proportionally spaced and has a typeface of 14 points. It contains 540 words, in compliance with the type-volume limitations of Circuit Rules 27-1(1)(d).

Dated: May 27, 2025                 */s/ Corinne F. Johnson*
                                               Corinne F. Johnson

## FILER'S ATTESTATION

Pursuant to Circuit Rule 25-5(f), the filer attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated: May 27, 2025                    */s/ Corinne F. Johnson*
                                       Corinne F. Johnson