**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., | Nos. 25-3030, 25-3293 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-03698-SI Northern District of California, San Francisco |
| v. | ORDER |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants - Appellants. | |

| | |
|---|---|
| IN RE DONALD J. TRUMP. | No. 25-3034 |
| DONALD J. TRUMP; et al., | D.C. No. 3:25-cv-3698 Northern District of California, San Francisco |
| Petitioners, | |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | |
| Respondent, | |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., | |
| Real Parties in Interest. | |

The motions (Docket Entry Nos. 10, 21, 33 in 25-3030; Docket Entry Nos. 10, 16 in 25-3034) for leave to file amicus curiae briefs related to the emergency stay motion are granted.

The motion (Docket Entry No. 37 in 25-3030; Docket Entry No. 31 in 25-3034; Docket Entry No. 6 in 25-3293) for leave to file an oversized response to the emergency stay motion is granted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT