|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 30 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

IN RE DONALD J. TRUMP.

_____

_____

DONALD J. TRUMP; et al.,

        Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

        Respondent,

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,

        Real Parties in Interest.

No. 25-3034

D.C. No. 3:25-cv-3698
Northern District of California,
San Francisco

ORDER

The motion (Docket Entry No. 39) to voluntarily withdraw this petition is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT